■ PAMELA COLBORN et al., Respondents, v STATE OF NEW YORK, Appellants.—Judgment unanimously affirmed without costs for reasons stated at Court of Claims, McMahon, J. (Appeal from judgment of Court of Claims, McMahon, J.—negligence.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.